UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION (MDL 2391) | ) ) CAUSE NO. 3:12-MD-2391 RLM ) ) ) ) |
| This Document Relates to the Cases Listed on Exhibit 1 | ) ) ) |

ORDER

Pursuant to the court's September 18 order and without objection, the cases listed in Exhibit 1 were to be transferred for trial to the venues designated by the parties. The parties have since advised that these cases have been resolved and stipulated to a dismissal without prejudice.

Accordingly, the September 18 order [Doc. No. 3796] is VACATED as to the cases listed in attached Exhibit 1, and only as to those cases, and those cases are DISMISSED without prejudice.

SO ORDERED.

ENTERED:   September 23, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court

# EXHIBIT 1

| Cause No. | Case Name |
|---|---|
| 3:17-CV-108 | Sweet v. Biomet, Inc. |
| 3:17-CV-888 | McAlister v. Biomet, Inc. |
| 3:18-CV-82 | Martino v. Biomet, Inc. |
| 3:18-CV-151 | Reynolds v. Biomet, Inc. |
| 3:18-CV-157 | Barron v. Biomet, Inc. |
| 3:18-CV-174 | Trujillo v. Biomet, Inc. |
| 3:18-CV-185 | McBride v. Biomet, Inc. |
| 3:18-CV-210 | Meabon v. Biomet, Inc. |
| 3:18-CV-337 | Rosa v. Biomet, Inc. |