# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STEVE W. SWEET;
    Plaintiff(s)
  v.     **Civil Action No.** 3:17cv108

BIOMET ORTHOPEDICS LLC;
BIOMET INC;
BIOMET MANUFACTURING CORP;
BIOMET US RECONSTRUCTION LLC;
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Pursuant to the stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Robert L. Miller, Jr.   on a stipulation of   Dismissal.

DATE:   September 27, 2019   ROBERT TRGOVICH, CLERK OF COURT

             by   S/ J. Darrah
             *Signature of Clerk or Deputy Clerk*